FILED
February 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002411694

3

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00474

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

ALBERT R. PALMA,

DEBTOR.

Case No.: 09-48754 B-13
Chapter 13
DC No. MBB-001

Hearing –
Date: March 30, 2010
Time: 09:31 A.M.
Place: U.S. BANKRUPTCY COURT
501 I Street
Sacramento, CA 95814
Courtroom 32, Dept. B, 6th Floor

**MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY[UNLAWFUL DETAINER]**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1, its assignees and/or successor in interest ("Movant" herein), moves this Court for an Order terminating the Automatic Stay of 11 U.S.C. §362 as to Movant (and the Trustee under the Deed of Trust securing Movant's claim) so that Movant (and its Trustee) may commence and continue all acts

1

necessary to obtain possession of the subject real property located at **9619 Tunnel Street, Newcastle, CA 95658** ("Property" herein).

Prior to the commencement of this action, title to the subject real property generally described as **9619 Tunnel Street, Newcastle, CA 95658** ("Property" herein) was vested in the name of David L. Palma and Debtor, Albert R. Palma (the "Debtor"). The Debtor was the Trustor under a Deed of Trust dated September 8, 2000 and recorded October 6, 2000 as Instrument No. 2000-0075008 in the official records of Placer County, California.

The subject real property is occupied after a foreclosure sale, which was held on November 30, 2009. Movant obtained title to the subject real property by way of Trustee's Deed Upon Sale recorded December 4, 2009 as Instrument No. 2009-0103785-00 in the official records of Placer County, California.

Movant caused a Notice to Quit to be served upon the Debtor and all other occupants December 18, 2009.

Movant filed a Complaint for Unlawful Detainer against the Debtor on January 4, 2010 as State Court Case No. MCV44050 in the Placer County Superior Court.

In the event neither Debtors nor Debtors' Counsel appear at a Hearing on this Motion, the Court may grant relief from the Automatic Stay permitting Secured Creditor to obtain possession of such Property without further Hearing.

This Motion is made pursuant to Local Rule 4001-1. Any response must be in writing and in accordance with Local Rule 9014-1(f)(1)(ii).

WHEREFORE, Secured Creditor prays for an order as follows:

(1) For an Order terminating the automatic stay to allow Movant to enforce its remedies to obtain possession of the subject real property in accordance with applicable law.

///

(2) For an Order granting annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts.

        (3) For an Order waiving the 10-day stay provided by Bankruptcy Rule 4001(a)(3).

        (4) For an Order binding and effective despite any conversion of this bankruptcy case.

        (5) For such other relief as this Court deems appropriate.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   2/10/10          By:   /s/ Mark T. Domeyer
                                Mark T. Domeyer, Esq.
                                Attorney for Movant