Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00474

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALBERT R. PALMA,<br><br>DEBTOR. | Case No.: 09-48754 B-13<br>Chapter 13<br>DC No. MBB-001<br><br>Hearing –<br>Date: March 30, 2010<br>Time: 09:31 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 32, Dept. B, 6th Floor |

**MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY [UNLAWFUL DETAINER]**

TO DEBTOR, ALBERT R. PALMA, DEBTOR'S COUNSEL, MITCHELL L. ABDALLAH, THE CHAPTER 13 TRUSTEE, JAN P. JOHNSON, AND ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on March 30, 2010 at 09:31 A.M., in the U.S. BANKRUPTCY COURT, 501 I Street, Sacramento, CA 95814, Courtroom 32, Dept. B, 6th

1

Floor, the undersigned will bring on for Hearing its Motion for Order Granting Relief from Automatic Stay [Unlawful Detainer], pursuant to Local Rule 9014-1(f)(1), before the HON. THOMAS C. HOLMAN.

Pursuant to Local Rule 9014-1(f)(1)(ii), opposition, if any, to the granting of the motion shall be in writing and shall be served upon the attorney for Movant, whose mailing address is listed above, and the parties listed in the attached Proof of Service. Such opposition must be filed with the Clerk of the Court by the responding party not less than fourteen (14) calendar days preceding the noticed (or continued) date of hearing. Without good cause, no party will be heard in opposition to this motion at oral argument if written opposition to the motion has not been timely filed. Unless written opposition and supporting evidence are filed with the Clerk and served on the Movant, the Court may resolve the matter without oral argument. Any opposition must specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e). If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 2/10/10   By: /s/ Mark T. Domeyer
                     Mark T. Domeyer, Esq.
                     Attorney for Movant

10-00474/prl

2