**3**

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00474

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALBERT R. PALMA,<br><br>DEBTOR. | Case No.: 09-48754 B-13<br>Chapter 13<br>DC No. MBB-001<br><br>**Hearing –**<br>Date: March 30, 2010<br>Time: 09:31 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 32, Dept. B, 6th Floor |

<u>**DECLARATION OF DARRELL SCHIFFER IN SUPPORT OF MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY[UNLAWFUL DETAINER]**</u>

I, DARRELL SCHIFFER, declare and state as follows:

I am an employee of BAC HOME LOANS SERVICING, LP, which is a duly authorized servicing agent for the current note holder, and am familiar with the subject first Trust Deed loan in favor of Movant herein and the ongoing Bankruptcy litigation herein. THE BANK OF NEW

1

YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1 is the owner of the subject real property after foreclosure sale.

In my position, I function as a custodian of records of the servicing agent for the Movant, and I have custody and control of the books and records maintained by my employer relating to the loan transactions described below. If called upon as a witness, I would competently testify to the facts stated herein.

I make this Declaration based upon the information contained in the records and documents which I have personally reviewed and which information I find such records and documents reflect. I state that the records and documents constitute writings taken or made in the regular and ordinary course of business of my employer at or near the time of the act, condition or event to which they relate. I further state from my own knowledge that any such record or documents is prepared in the ordinary course of business by a person employed by my employer who had personal knowledge of the event being recorded and who had a business duty to Movant to record such event.

Prior to the commencement of this action, title to the subject real property generally described as **9619 Tunnel Street, Newcastle, CA 95658** ("Property" herein) was vested in the name of David L. Palma and Debtor, Albert R. Palma (the "Debtor"). The Debtor was the Trustor under a Deed of Trust dated September 8, 2000 and recorded October 6, 2000 as Instrument No. 2000-0075008 in the official records of Placer County, California.

The subject real property is occupied after a foreclosure sale, which was held on November 30, 2009. Movant obtained title to the subject real property by way of Trustee's Deed Upon Sale recorded December 4, 2009 as Instrument No. 2009-0103785-00 in the official

///

1 | records of Placer County, California. Attached hereto as **Exhibit "1"** is a copy of the Trustee's
2 | Deed Upon Sale.
3 |     Movant caused a Notice to Quit to be served upon the Debtor and all other occupants
4 | December 18, 2009. Attached hereto as **Exhibit "2"** is a copy of the Notice to Quit.
5 |     Movant filed a Complaint for Unlawful Detainer against the Debtor on January 4, 2010
6 | as State Court Case No. MCV44050 in the Placer County Superior Court. Attached hereto as
7 | **Exhibit "3"** is a copy of the Complaint for Unlawful Detainer.
8 |     On or about December 31, 2009, Debtor commenced the current Chapter 13 Bankruptcy
9 | proceeding in this Court.
10 |     I declare under penalty of perjury under the laws of the United States and the State of
11 | California that the foregoing is true and correct.
12 |     Executed this ___10th___ day of ___February___, 2010, at Richardson, Texas.

/s/ Darrell Schiffer
DARRELL SCHIFFER

10-00474/edmfr.dot/prl

3