FILED

February 11, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002411697

**31**

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00474

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALBERT R. PALMA,<br><br>               DEBTOR. | Case No.: 09-48754 B-13<br>Chapter 13<br>DC No. MBB-001<br><br>**Hearing –**<br>Date: March 30, 2010<br>Time: 09:31 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>      501 I Street<br>      Sacramento, CA 95814<br>      Courtroom 32, Dept. B, 6th Floor |

### EXHIBITS 1-3 IN SUPPORT OF DECLARATION OF DARRELL SCHIFFER IN SUPPORT OF MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY[UNLAWFUL DETAINER]

| Exhibit # | Document | Page # |
|---|---|---|
| 1 | Trustee's Deed Upon Sale | 2 |
| 2 | Notice to Quit | 6 |
| 3 | Complaint for Unlawful Detainer | 10 |

1

**LANDSAFE TIT**

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:

**RECONTRUST COMPANY**
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

𝒳

PLACER, County Recorder
JIM MCCAULEY
**DOC- 2009-0103785-00**
Check Number   3771sm
Friday, DEC 04, 2009 09:54:22
MIC     $3.00:AUT     $4.00:SBS     $3.00
ERD     $1.00:RED     $1.00:REC     $6.00
Ttl Pd    $18.00      Rcpt # 0001998097
                                    smm/SM/1-4

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 08-0114135
Title Order No. 08-8-462856

## TRUSTEE'S DEED UPON SALE

APN#     040-186-016            TRANSFER TAX:$         ⊘

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 213,144.15
The amount paid by the Grantee was $ 213,144.15
The property is in the city of NEWCASTLE, County of PLACER

RECONTRUST COMPANY, N.A., successor in interest by merger to RECONTRUST COMPANY, A
NEVADA CORPORATION, as the duly appointed Trustee (or successor Trustee or substituted Trustee),
under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant
or warranty to:

   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

herein called Grantee, the following described real property situated in PLACER County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
DAVID L. PALMA, AN UMARRIED MAN, AND ALBERT R. PALMA, AN UMARRIED MAN AS
JOINT TENANTS., as Trustor, recorded on 10/06/2000, Instrument Number 2000-0075008 ( or Book ,
Page ) Official Records in the Office of the County Recorder of PLACER County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

*Form trsteedeed (01/09)*

EXHIBIT

TS No. 08-0114135

Title Order No. 08-8-462856

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 11/30/2009. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 213,144.15.

DATE:     November 30, 2009

*DEC. 02-2009*

BY: _____

Leticia Quintana, Assistant Secretary

RECONTRUST COMPANY, N.A., successor in interest by merger to RECONTRUST COMPANY, A NEVADA CORPORATION

State of California          }

County of Ventura          }

*×R J Greear*

On **DEC 0 2 2009** _____ before me, ___ *× RJ Greear* ___, notary public, personally appeared ___ **Leticia Quintana** ___, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

*×on the basis of satisfactory*

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

**RJ Greear**

R. J. GREEAR
Commission # 1784061
Notary Public - California
Ventura County
My Comm. Expires Dec 8, 2011

*Form trsteedeed (01/09)*

EXHIBIT  1

3

# CERTIFICATE OF ILLEGIBILITY
Government Code 27361.7

I certify under penalty of perjury under the laws of the State of California that the Notary Seal on the document to which this statement is attached reads as follows:

Name of Notary: _____R -J- Grecar_____

Date Commission Expires: _____Dec 8-2011_____

Commission Number: _____178405 /_____

County of Commission: _____Ventura_____

State of Commission: _____california_____

Manufacturer Number: _____NN A 2_____
(In California this number is on the left and right side of the seal.)

Place of Execution: _____Auburn cA._____

Signature: _____Rogelio A._____ Date: _12-04-09_

EXHIBIT 1

4

## EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, UNINCORPORATED AREA, COUNTY OF PLACER AND IS DESCRIBED AS FOLLOWS:

LOT 6, AS SHOWN ON THE MAP OF KUYKENDALL'S ADDITION TO THE TOWN OF NEWCASTLE, FILE AUGUST 7, 1912 IN BOOK C OF MAPS, AT PAGE 62, PLACER COUNTY RECORDS.

EXHIBIT 1

# NOTICE TO QUIT

### To: DAVID L. PALMA, ALBERT R. PALMA
### AND ALL OTHERS IN POSSESSION

of the premises located at:

### 9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on November 30, 2009, under the power of sale contained in a Deed of Trust recorded in the official records, Placer County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i)     Within **Three (3) Days** after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii)    Within **Thirty (30) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii)   Within **Ninety (90) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure.

You are required to quit and deliver up possession of the premises to the undersigned or to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R 1, owner, who is authorized to receive the same. Your failure to deliver possession of the premises within three/thirty/ninety days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a and 1161b and 12 U.S.C. 5220.

MILES, BAUER, BERGSTROM & WINTERS, LLP
Attorneys for Owner

Dated: December 16, 2009

by: Ryan W. Stocking, Esq.
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626
(714) 481-9100

09-12237

**EXHIBIT 2**

# PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ 3/30/90 NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

**NAME:** DAVID L. PALMA
**ADDRESS:** 9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658

☐ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on      , at        to       at the address above.

☒ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on      at      , with      , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on      in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on December 18, 2009 at 3:10 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on December 18, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2009
NAME: RAYNA A. BERRYMAN
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was: $110.00
Registration Number: 2008-72
County: SACRAMENTO
Ref.: 9004003

EXHIBIT 2

7

# PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ **3/30/90 NOTICE TO QUIT**

**The above described Notice (s) were served on the following named parties in the manner set forth below:**

**NAME:**ALBERT R. PALMA
**ADDRESS:**9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658

☐ 1. PERSONAL SERVICE — By delivering a copy of the Notice (s) on       at       to at the address above.

☒ 2. CONSTRUCTIVE SERVICE — After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on       at       , with       , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on       in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on December 18, 2009 at 3:10 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on December 18, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2009
NAME:RAYNA A. BERRYMAN
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was:$40.00
Registration Number: 2008-72
County: SACRAMENTO
Ref.: 9004004

EXHIBIT 2

8

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

    ☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

    ☐ NOTICE TO PAY RENT OR QUIT

    ☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER
    POSSESSION OF PREMISES

    ☒ **3/30/90 NOTICE TO QUIT**

**The above described Notice (s) were served on the following named parties in the manner set forth below:**

**NAME:** ALL OTHER OCCUPANTS
**ADDRESS:** 9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658

☐ 1. PERSONAL SERVICE      By delivering a copy of the Notice (s) on   at    to
                                      at the address above.

☒ 2. CONSTRUCTIVE SERVICE      After due and diligent effort, by service of said Notice (s) as
                                       authorized by C.C.P. Section 1162 (2,3) on each of the above
                                       named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on    at   , with   , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on      in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on December 18, 2009 at 3:10 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on December 18, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

                               Dated: December 22, 2009
                               NAME:RAYNA A. BERRYMAN
                               C/O NATIONWIDE LEGAL, INC.
                               820 N. Parton Street, Suite 203
                               Santa Ana, California 92701
                               (714) 558-2400
                               The fee for service was:$40.00
                               Registration Number: 2008-72
                               County: SACRAMENTO
                               Ref.: 9004005

EXHIBIT   2

# SUMMONS
## (CITACION JUDICIAL)
## UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DAVID L. PALMA, ALBERT R. PALMA and DOES I through X,
Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS
TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R 1

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
FILED
PLACER COUNTY
SUPERIOR COURT OF CALIFORNIA

JAN 04 2010

EXECUTIVE OFFICER & CLERK
By Brandi Burke Deputy

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte está cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| 1. The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER<br>10820 JUSTICE CENTER DRIVE<br><br>ROSEVILLE, CA 95678<br>BILL SANTUCCI JUSTICE CENTER | CASE NUMBER:<br>*(Número de caso):*<br>**MCV44050** |

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ryan W. Stocking, Esq., Bar No. 257567          (714) 481-9100
MILES, BAUER, BERGSTROM & WINTERS          (714) 481-9151
1665 Scenic Avenue, Suite 200   (09-12237)
Costa Mesa, CA 92626

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [ X ] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

| Date:<br>*(Fecha)* JAN 04 2010 | Clerk, by _____ Burke , Deputy<br>*(Secretario)* *(Adjunto)* |
|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED: You are served**
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as an occupant
  d. [ ] on behalf of *(specify)*:
     under: [ ] CCP 416.10 (corporation)       [ ] CCP 416.60 (minor)
            [ ] CCP 416.20 (defunct corporation)  [ ] CCP 416.70 (conservatee)
            [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
            [ ] CCP 415.46 (occupant)          [ ] other *(specify)*:

5. [ ] by personal delivery on *(date)*:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

3

EXHIBIT 3

| PLAINTIFF *(Name)*: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDE DEFENDANT *(Name)*: DAVID L. PALMA, ALBERT R. PALMA and DOES I through X, Inclusive | CASE NUMBER: |
|---|---|

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant)*:

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

EXHIBIT 3

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Ryan W. Stocking, Esq., Bar No. 257567
MILES, BAUER, BERGSTROM & WINTERS
1665 Scenic Avenue, Suite 200   (09-12237)

Costa Mesa, CA 92626
TELEPHONE NO.: (714) 481-9100   FAX NO.: (714) 481-9151
ATTORNEY FOR (Name): PLAINTIFF

SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER
STREET ADDRESS: 10820 JUSTICE CENTER DRIVE
MAILING ADDRESS:
CITY AND ZIP CODE: ROSEVILLE, CA 95678
BRANCH NAME: BILL SANTUCCI JUSTICE CENTER

CASE NAME: THE BANK OF NEW YORK V. PALMA

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited  ☒ Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
  b. ☐ Extensive motion practice raising difficult or novel   e. ☐ Coordination with related actions pending in one or more courts
     issues that will be time-consuming to resolve          in other counties, states, or countries, or in a federal court
  c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive

4. Number of causes of action (specify): 1

5. This case ☐ is ☒ is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: DECEMBER 28, 2009

Ryan W. Stocking, Esq., Bar No. 257567                        ► L. Bryant Jaquez, Esq.
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**
Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

EXHIBIT 3

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
 Damage/Wrongful Death
Uninsured Motorist (46) *(if the
 case involves an uninsured
 motorist claim subject to
 arbitration, check this item
 instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/
  Wrongful Death
Product Liability *(not asbestos or
 toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice—
  Physicians & Surgeons
 Other Professional Health Care
  Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip
  and fall)
 Intentional Bodily Injury/PD/WD
  (e.g., assault, vandalism)
 Intentional Infliction of
  Emotional Distress
 Negligent Infliction of
  Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
 Practice (07)
Civil Rights (e.g., discrimination,
 false arrest) *(not civil
 harassment)* (08)
Defamation (e.g., slander, libel)
 (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice
  *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease
  Contract *(not unlawful detainer
  or wrongful eviction)*
 Contract/Warranty Breach—Seller
  Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/
  Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open
 book accounts) (09)
 Collection Case—Seller Plaintiff
 Other Promissory Note/Collections
  Case
Insurance Coverage *(not provisionally
 complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
 Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent
  domain, landlord/tenant, or
  foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
 drugs, check this item; otherwise,
 report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court
  Case Matter
 Writ–Other Limited Court Case
  Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor
  Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
 *(arising from provisionally complex
 case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of
  County)
 Confession of Judgment *(non-
  domestic relations)*
 Sister State Judgment
 Administrative Agency Award
  *(not unpaid taxes)*
 Petition/Certification of Entry of
  Judgment on Unpaid Taxes
 Other Enforcement of Judgment
  Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
 above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-
  harassment)*
 Mechanics Lien
 Other Commercial Complaint
  Case *(non-tort/non-complex)*
 Other Civil Complaint
  *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
 Governance (21)
Other Petition *(not specified
 above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult
  Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief from Late
  Claim
 Other Civil Petition

**CIVIL CASE COVER SHEET**

EXHIBIT 3

13

| SUPERIOR COURT OF CALIFORNIA • COUNTY OF PLACER<br>10820 Justice Center Dr.<br>PO Box 619072<br>Roseville, CA 95661-9072<br>(916) 408-6000 | FOR COURT USE ONLY |
|---|---|

**TITLE OF CASE:** THE BANK OF NEW YORK V. PALMA

| **NOTICE OF RESTRICTED ACCESS – CCP § 1161.2** | **CASE NUMBER:** |
|---|---|

You have been named as a DEFENDANT in an Unlawful Detainer Complaint that has been filed in the above-named court. Pursuant to CCP 1161.2, access to the court file will be restricted for 60 days. No one will be allowed to view the court file, register or actions or other records unless:

They are a party to the action (plaintiff or defendant).

They are the attorney for the party to the action.

They can provide to the clerk the name of at least one plaintiff and one defendant in the action and provide the address of the premises, including any apartment, unit or space number.

They can provide to the clerk the name of one of the parties in the action or the case number, and can establish through proper identification that they live at the subject premises.

Other persons will not be permitted access to the court file for 60 days, except pursuant to an ex parte order signed by a Judge upon a showing of good cause.

You may contact the following agencies for legal advice regarding the case:

Legal Services of Northern California (530) 823-7560

Central California Legal Services (800) 675-8001

NOTE: Service of this notice does NOT constitute service of the summons and complaint.

Date: _____  Clerk, by _____ , Deputy

### CLERK'S CERTIFICATE OF MAILING

I certify that I am not a party to this cause and that a true copy of this Notice of Restricted Access was mailed first class, postage fully prepaid, in a sealed envelope addressed as shown below, and that the notice was mailed at Roseville, CA, on:

Date: _____  Clerk, by _____ , Deputy

| DAVID L. PALMA<br>9619 TUNNEL STREET<br>NEWCASTLE, CA 95658 | ALBERT R. PALMA<br>9619 TUNNEL STREET<br>NEWCASTLE, CA 95658 | ALL OTHER OCCUPANTS<br>9619 TUNNEL STREET<br>NEWCASTLE, CA 95658 |
|---|---|---|

TGN-13 E02-04                                    NOTICE

EXHIBIT 3

14



FILED
PLACER COUNTY
SUPERIOR COURT OF CALIFORNIA

JAN 04 2010

EXECUTIVE OFFICER & CLERK
By Brand Burke Deputy

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Ryan W. Stocking, Esq., Bar No. 257567
1665 Scenic Avenue, Suite 200 (PALMA / 09-12237)
Costa Mesa, CA 92626
Phone: (714) 481-9100
Facsimile: (714) 481-9151

Attorneys for Plaintiff,
THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWMBS 2004 R 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF PLACER

BILL SANTUCCI JUSTICE CENTER

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R 1, <br><br> Plaintiff(s), <br><br> vs. <br><br> DAVID L. PALMA, ALBERT R. PALMA and DOES I through X, Inclusive, <br><br> Defendants. | CASE NO.: MCV 44050 <br><br> **COMPLAINT FOR UNLAWFUL DETAINER** <br><br> [THE DEMAND DOES NOT EXCEED $10,000] |

Plaintiff alleges:

1. Plaintiff, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R 1 ("Plaintiff"), is at all times mentioned a Corporation authorized to do business in California and is the owner of and entitled to immediate possession of the subject property generally described as 9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658 ("Property").

-1-

COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT 3

15

1    2. Plaintiff is informed and believes that Defendants, and each of them, are now and at
2    all times mentioned herein were resident(s) of the County of PLACER, State of California.

3    3. Plaintiff is unaware of the true names and capacities whether individual, corporate,
4    associate or otherwise of the Defendants sued as Does 1 through 10, inclusive, and therefore
5    Defendants are sued under fictitious names. When the true names and capacities of the
6    fictitiously named Defendants have been ascertained, Plaintiff will seek leave of the Court to
7    amend this Complaint accordingly. Plaintiff is informed and believes that the fictitiously named
8    Defendants are responsible in some manner for the events and happenings hereinafter referred to,
9    thereby causing Plaintiff the damages herein alleged.

10    4. Plaintiff is informed and believes that DAVID L. PALMA, ALBERT R. PALMA are
11    in possession of the Property.

12    5. Prior to the commencement of this action, title to the subject Property was vested in
13    the name or names of DAVID L. PALMA, ALBERT R. PALMA. DAVID L. PALMA,
14    ALBERT R. PALMA were the original Trustors under a Deed of Trust, which secured the
15    Property, recorded in the official records of PLACER County, California. The Deed of Trust
16    contained a power of sale clause that allowed the Trustee to proceed with a non-judicial
17    foreclosure upon default.

18    6. The Property was sold by the Trustee to Plaintiff at a Trustee's Sale. Said Trustee's
19    Sale was held in accordance with California Civil Code §2924 et. seq.

20    7. The Trustee's Sale was duly perfected by recording a Trustee's Deed Upon Sale in the
21    Office of the County Recorder of PLACER County, California. A true and correct copy of the
22    Trustee's Deed Upon Sale is attached hereto as Exhibit "A" and incorporated herein by reference.

23    8. After Plaintiff obtained legal title to the Property, Plaintiff caused to be served on the
24    Defendants a Notice to Quit. The Notice to Quit gave any tenant thirty (30) or ninety (90) days

-2-
COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT 3

16

1 | in which to vacate the Property and the previous owner or any other occupant three (3) days in
2 | which to vacate the Property upon service of the Notice to Quit.

3 |      9. Service of the Notice to Quit on DAVID L. PALMA, ALBERT R. PALMA was
4 | effected by posting a copy of the Notice to Quit on the premises on December 18, 2009, and by
5 | mailing a copy of same on December 18, 2009, because defendants could not be found on the
6 | premises. Service of the Notice to Quit on all other occupants was effected by posting a copy of
7 | the Notice to Quit on the premises on December 18, 2009, and by mailing a copy of same on
8 | December 18, 2009, because the occupants could not be found on the premises. Attached hereto
9 | as Exhibit "B" is a true and correct copy of the Notice to Quit along with copies of the Proof of
10 | Service.

11 |      10. More than three (3) days have elapsed since service of said Notice to Quit on the
12 | Defendants, but Defendants have failed and refused to deliver up possession of the Property.

13 |      11. Plaintiff demands possession of the Property from the Defendants, and each of them,
14 | pursuant to California Code of Civil Procedure §1161a(b) and §1161a(c).

15 |      12. Defendants continue in possession of the Property without Plaintiff's permission or
16 | consent.

17 |      13. The reasonable daily rental value of the Property is $53.29.

18 |      WHEREFORE, Plaintiff prays for Judgment against Defendants, and each of them, as
19 | follows:

20 |      a) Restitution and possession of the Property;

21 |      b) An Order directing Defendants to quit and deliver up possession of the Property to
22 |         Plaintiff;

23 |

24 |

-3-
COMPLAINT FOR UNLAWFUL DETAINER

EXHIBIT 3

1      c) Damages at the rate of $53.29 per day, from and including December 22, 2009, for

2          each day that Defendants continue in possession of the Property up to date of

3          Judgment;

4      d) For costs of suit herein;

5      e) For such other relief as the Court deems just and proper.

6  Dated: December 28, 2009        MILES, BAUER, BERGSTROM & WINTERS, LLP

7                                     L. Bryant Jaquez, Esq.

8                    Ryan W. Stocking, Esq.
                     Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

-4-

## VERIFICATION

### STATE OF CALIFORNIA, COUNTY OF ORANGE

I am an attorney at law duly licensed to practice before this court and I am an associate in the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R 1, a party to this action. Such party is absent from the county aforesaid where such attorneys have their office and make the verification for and on behalf of that party for that reason. I have read the above document and know its contents. I am informed and believe and on that ground allege that the matters stated in it are true.

Executed on December 28, 2009, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

MILES, BAUER, BERGSTROM & WINTERS, LLP

L. Bryant Jaquez, Esq.

Ryan W. Stocking, Esq.
Attorneys for Plaintiff

-5-

LANDSAFE TI. ⌐⌐

RECORDING REQUESTED BY:
RECONTRUST COMPANY
AND WHEN RECORDED MAIL TO:

RECONTRUST COMPANY
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

Forward Tax Statements to Address listed above

⅂

PLACER, County Recorder
JIM MCCAULEY
DOC- 2009-0103785-00
Check Number 3771sm
Friday, DEC 04, 2009 09:54:22
MIC      $3.00:AUT    $4.00:SBS    $3.00
ERD      $1.00:RED    $1.00:REC    $8.00
Ttl Pd   $18.00       Rcpt # 0001998097
                                smm/SM/1-4

_____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

TS No. 08-0114135
Title Order No. 08-8-462856

### TRUSTEE'S DEED UPON SALE

APN#    040-186-016          TRANSFER TAX:$   ⊘

The Grantee herein was the beneficiary
The amount of the unpaid debt was $ 213,144.15
The amount paid by the Grantee was $ 213,144.15
The property is in the city of NEWCASTLE, County of PLACER

RECONTRUST COMPANY, N.A., successor in interest by merger to RECONTRUST COMPANY, A
NEVADA CORPORATION, as the duly appointed Trustee (or successor Trustee or substituted Trustee),
under a Deed of Trust referred to below, and herein called "Trustee", does hereby grant without covenant
or warranty to:

   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR
THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

herein called Grantee, the following described real property situated in PLACER County, California:

SEE ATTACHED LEGAL DESCRIPTION

This conveyance is made pursuant to the powers conferred upon Trustee by the Deed of Trust executed by
DAVID L. PALMA, AN UMARRIED MAN, AND ALBERT R. PALMA, AN UMARRIED MAN AS
JOINT TENANTS., as Trustor, recorded on 10/06/2000, Instrument Number 2000-0075008 ( or Book ,
Page ) Official Records in the Office of the County Recorder of PLACER County.

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, and the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

_Form trsteedeed (01/09)_

EXHIBIT 3

TS No. 08-0114135

Title Order No. 08-8-462856

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its power under said Deed of Trust sold said real property at public auction on 11/30/2009. Grantee, being highest bidder at said sale became the purchaser of said property for the amount bid, which amount was $ 213,144.15.

DATE:     November 30, 2009

RECONTRUST COMPANY, N.A., successor in interest by merger to RECONTRUST COMPANY, A NEVADA CORPORATION

BY: _____

Leticia Quintana, Assistant Secretary

⋆ Dec 02-2009

State of California          }

County of Ventura          }          ⋆ R J Greear

On DEC 0 2 2009 _____ before me, ____ ⋆ RJ Greear ____, notary public, personally appeared ____ Leticia Quintana ____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.          ⋆ on the basis of satisfactory

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

RJ Greear

R. J. GREEAR
Commission # 1784051
Notary Public - California
Ventura County
My Comm. Expires Dec 8, 2011

*Form trsteedeed (01/09)*

EXHIBIT 3

# CERTIFICATE OF ILLEGIBILITY
Government Code 27361.7

I certify under penalty of perjury under the laws of the State of California that the Notary Seal on the document to which this statement is attached reads as follows:

Name of Notary: _____ R -J. Grecar _____

Date Commission Expires: _____ Dec 8-2011 _____

Commission Number: _____ 178405 | _____

County of Commission: _____ Ventura _____

State of Commission: _____ California _____

Manufacturer Number: _____ NNA 1 _____
(In California this number is on the left and right side of the seal.)

Place of Execution: _____ Auburn CA. _____

Signature: _Rogelio A_ Date: 12-04-09

EXHIBIT 3

## EXHIBIT "A"

THE LAND REFERRED TO IN THIS GUARANTEE IS SITUATED IN THE STATE OF CALIFORNIA, UNINCORPORATED AREA, COUNTY OF PLACER AND IS DESCRIBED AS FOLLOWS:

LOT 6, AS SHOWN ON THE MAP OF KUYKENDALL'S ADDITION TO THE TOWN OF NEWCASTLE, FILE AUGUST 7, 1912 IN BOOK C OF MAPS, AT PAGE 62, PLACER COUNTY RECORDS.

EXHIBIT 3

# NOTICE TO QUIT

### To: DAVID L. PALMA, ALBERT R. PALMA
### AND ALL OTHERS IN POSSESSION

of the premises located at:

### 9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658

The premises was duly sold in accordance with Section 2924 of the Civil Code of the State of California on November 30, 2009, under the power of sale contained in a Deed of Trust recorded in the official records, Placer County, California, and the title under sale has been duly perfected.

NOTICE IS HEREBY GIVEN that:

(i)     Within **Three (3) Days** after service of this Notice, in the event you are in possession of the premises and you are not a tenant or subtenant as described below;

(ii)    Within **Thirty (30) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure and any party to the note remains in the property as a tenant, subtenant, or occupant;

(iii)   Within **Ninety (90) Days** after service of this Notice, in the event you are a tenant or subtenant in possession of a rental housing unit sold in foreclosure.

You are required to quit and deliver up possession of the premises to the undersigned or to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R 1, owner, who is authorized to receive the same. Your failure to deliver possession of the premises within three/thirty/ninety days will cause the undersigned to institute legal proceedings against you to recover possession of the premises and for damages as provided by law.

This notice to you is given pursuant to the provisions of California Code of Civil Procedure Section 1161a and 1161b and 12 U.S.C. 5220.

**MILES, BAUER, BERGSTROM & WINTERS, LLP**
Attorneys for Owner

Dated: December 16, 2009

by: Ryan W. Stocking, Esq.
1665 Scenic Ave., Ste. 200
Costa Mesa, CA 92626
(714) 481-9100

09-12237

EXHIBIT 3

24

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ **3/30/90 NOTICE TO QUIT**

**The above described Notice (s) were served on the following named parties in the manner set forth below:**

**NAME:DAVID L. PALMA**
**ADDRESS:9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658**

☐ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on　　　at　　to
at the address above.

☒ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on　　at　　, with　　, a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on　　in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on December 18, 2009 at 3:10 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on December 18, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2009
NAME:RAYNA A. BERRYMAN
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was:$110.00
Registration Number: 2008-72
County: SACRAMENTO
Ref.: 9004003

EXHIBIT 3

25

# PROOF OF SERVICE

**I, the undersigned declare that I served the Notice (s) below indicated:**

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ **3/30/90 NOTICE TO QUIT**

**The above described Notice (s) were served on the following named parties in the manner set forth below:**

**NAME:ALBERT R. PALMA**
**ADDRESS:9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658**

☐ 1. PERSONAL SERVICE    By delivering a copy of the Notice (s) on     at     to at the address above.

☒ 2. CONSTRUCTIVE SERVICE    After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on     at     , with     , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on     in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on December 18, 2009 at 3:10 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on December 18, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2009
NAME:RAYNA A. BERRYMAN
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was:$40.00
Registration Number: 2008-72
County: SACRAMENTO
Ref.: 9004004

EXHIBIT 3

26

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below indicated:

☐ THREE-DAY NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PAY RENT OR QUIT

☐ NOTICE TO PERFORM COVENANT AND PAY RENT OR SURRENDER POSSESSION OF PREMISES

☒ 3/30/90 NOTICE TO QUIT

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME:ALL OTHER OCCUPANTS
ADDRESS:9619 TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658

☐ 1. PERSONAL SERVICE

By delivering a copy of the Notice (s) on       at       to at the address above.

☒ 2. CONSTRUCTIVE SERVICE

After due and diligent effort, by service of said Notice (s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on       at       , with       , a competent member of the household at the usual place of resident of each of the above named parties; and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on       in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence.

☒B. By posting a copy for each of the above named parties on December 18, 2009 at 3:10 PM in a conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated on December 18, 2009.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2009
NAME:RAYNA A. BERRYMAN
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California 92701
(714) 558-2400
The fee for service was:$40.00
Registration Number: 2008-72
County: SACRAMENTO
Ref.: 9004005

EXHIBIT 3

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):*

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR *(Name):*

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, COUNTY OF PLACER

STREET ADDRESS: 10820 JUSTICE CENTER DRIVE

MAILING ADDRESS:

CITY AND ZIP CODE: ROSEVILLE, CA 95678

BRANCH NAME: BILL SANTUCCI JUSTICE CENTER

PLAINTIFF: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS

DEFENDANT: DAVID L. PALMA, ALBERT R. PALMA

### PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

CASE NUMBER:

*(To be completed by the process server)*

DATE OF SERVICE:

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* [_____], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $_____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991] PREJUDGMENT CLAIM OF RIGHT TO POSSESSION

Legal Solutions Plus

Code of Civil Procedure, §§ 415.46, 715.010, 715.020

XHIBIT 3

# MILES, BAUER,
# BERGSTROM & WINTERS, LLP

**Attorneys at Law**
**1665 Scenic Avenue, Suite 200**
**Costa Mesa, California 92626**
**(714) 481-9100 Telephone**
**(714) 481-9151 Facsimile**

# MEMORANDUM

Date:     **December 28, 2009**

From:     Jude Lee   (Ext. 373)

To:       Attorney Service

Subject:  **APPLICATION TO POST AND MAIL**

Case Name: **THE BANK OF NEW YORK V. PALMA**

FILE NO.:  **09-12237**

Court:    **PLACER COUNTY**

* * * * * *

Enclosed please find the APPLICATION TO POST AND MAIL. Please keep in your file
in case a service by POST AND MAIL is required. You are authorized to file same with the
Court and serve the SUMMONS AND COMPLAINT by POSTING AND MAILING in the
event personal service is unsuccessful after three attempts. Please fill in the Court Case
Number and the date.

Should you have any questions regarding same, please do not hesitate to contact this office.

EXHIBIT 3

EXHIBIT 3

1 | **MILES, BAUER, BERGSTROM & WINTERS, LLP**
Ryan W. Stocking, Esq., Bar No. 257567
2 | 1665 Scenic Avenue, Suite 200 (PALMA / 09-12237)
Costa Mesa, CA 92626
3 | Phone: (714) 481-9100
Facsimile: (714) 481-9151
4 |
Attorneys for Plaintiff,
5 | THE BANK OF NEW YORK MELLON FKA THE
BANK OF NEW YORK AS TRUSTEE FOR THE
6 | CERTIFICATEHOLDERS OF CWMBS 2004 R 1

7

SUPERIOR COURT OF THE STATE OF CALIFORNIA

8

FOR THE COUNTY OF PLACER

9

BILL SANTUCCI JUSTICE CENTER

10

| | |
|---|---|
| 11   THE BANK OF NEW YORK MELLON FKA | CASE NO.: |
|      THE BANK OF NEW YORK AS TRUSTEE | |
| 12   FOR THE CERTIFICATEHOLDERS OF | **APPLICATION FOR ORDER TO POST** |
|      CWMBS 2004 R 1, | **AND MAIL SUMMONS AND** |
| | **COMPLAINT – UNLAWFUL** |
| 13         Plaintiff(s), | **DETAINER {C.C.P. 415.45}** |
| 14     vs. | |
| 15   DAVID L. PALMA, ALBERT R. PALMA | |
|      and DOES I through X, Inclusive, | |
| 16         Defendants. | |

17         Pursuant to C.C.P. 415.45 and the attached Declaration re Diligent Attempts at Personal

18   Service (incorporated herein by reference), Plaintiff hereby requests a court order to post in a

19   manner most likely to give actual notice and to mail on Defendants, DAVID L. PALMA,

20   ALBERT R. PALMA and all occupants by certified mail, Plaintiff's Summons and Complaint-

21   Unlawful Detainer at Defendants' last known residence of 9619 TUNNEL STREET,

22   NEWCASTLE, CALIFORNIA 95658. Every reasonable attempt has been made to personally

23   serve DAVID L. PALMA, ALBERT R. PALMA and all occupants. The business address is

24   unknown to Plaintiff. Defendants are necessary parties to this action.

-1-

ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY POSTING AND MAILING

1   I declare under penalty of perjury that the foregoing is true and correct. Executed this

2   _____ day of _____, 2009, at Costa Mesa, California.

3                           MILES, BAUER, BERGSTROM & WINTERS, LLP

4                                                   L. Bryant Jaquez, Esq.

5                           Ryan W. Stocking, Esq.
                            Attorneys for Plaintiff

6

7                                    **ORDER**

8       IT IS HEREBY ORDERED that Plaintiff may post and mail on Defendants, DAVID L.

9   PALMA, ALBERT R. PALMA and all other occupants in possession by certified mail, its

10  Summons and Complaint-Unlawful Detainer at Defendants' last known residence of 9619

11  TUNNEL STREET, NEWCASTLE, CALIFORNIA 95658 in this proceeding pursuant to C.C.P.

12  415.45.

13
    Dated:_____        _____
14                                      Judge of the Superior Court

15

16

17

18

19

20

21

22

23

24

                                    -2-
    ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT BY POSTING AND MAILING

                                                        EXHIBIT  3

31