FILED
February 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002411698

# RELIEF FROM STAY INFORMATION SHEET
\* \* SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

DEBTOR: PALMA                                  CASE NO. 09-48754 B-13

MOVANT: THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1           DC NO. MBB-001

HEARING DATE/TIME: March 30, 2010 at 09:31 A.M.

RELIEF IS SOUGHT AS TO ( X ) REAL PROPERTY  ( ) PERSONAL PROPERTY  ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  9619 Tunnel Street, Newcastle, CA 95658

2. Movant's trust deed is a ( X ) 1st ( ) 2nd ( ) 3rd ( ) Other: OWNER AFTER FORECLOSURE SALE

   OR

   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed?: _____   Movant's valuation of property $ _____

4. The following amounts are presently owing to movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL |
   |---|---|---|---|
   | $ 0 | $ ___ | $ 0 | $ 0 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   N/A                                                                        $ 0.00

                               TOTAL ALL LIENS       $ 0
                               DEBTOR'S EQUITY       $ 0

FOR COURT USE ONLY
Note date:
Note amount:
Note payment:

FOR COURT USE ONLY

6. Monthly payment is $ 0 , of which $ 0 is for impound account. Monthly late charge is $ _____ .
7. The last payment by debtor was received on _____ and was applied to the payment due _____ .
8. Number of payments past due and amount: (a) Pre-petition 0  $ 0    (b) Post-petition 0  $ CO\*\*\*  .  \*\*\*Info sheet 8 post total CO\*\*\*
9. Notice of Default was recorded on N/A . Notice of sale was published on N/A _____ .
10. If a chapter 13 case, in what class is this claim? n/a
11. Grounds for seeking relief (check as applicable):
    ( X ) Cause    ( X ) Inadequate protection    ( ) Lack of equity    ( ) Lack of insurance    ( ) Bad faith
    ( X ) Other  Movant is the owner of the subject real property after foreclosure sale.
12. For each ground checked above furnish a brief supporting statement in the space below.

Subsection (1) of 11 U.S.C. Section 362(d) allows the Court to grant relief from the automatic stay for "cause." A Debtor's failure to make post-petition mortgage payments as they become due in a Chapter 13 case constitutes "cause"...

EDC 3-468 (Rev. 6/8/05)