**3**

Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00474

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALBERT R. PALMA,<br><br>DEBTOR. | Case No.: 09-48754 B-13<br>Chapter 13<br>DC No. MBB-001<br><br>Hearing –<br>Date: March 30, 2010<br>Time: 09:31 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 32, Dept. B, 6th Floor |

### PROOF OF SERVICE

I, Sandra Garcia, declare and state as follows:

I am a resident of Orange County, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 1665 Scenic Ave., Suite 200, Costa Mesa, California 92626.

On 2/11/10, I served the within **MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S NOTICE OF MOTION FOR RELIEF**

1

FROM THE AUTOMATIC STAY [UNLAWFUL DETAINER]; MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [UNLAWFUL DETAINER]; DECLARATION OF DARRELL SCHIFFER IN SUPPORT OF MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY[UNLAWFUL DETAINER]; EXHIBITS 1-3 IN SUPPORT OF DECLARATION OF DARRELL SCHIFFER IN SUPPORT OF MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [UNLAWFUL DETAINER]; and **RELIEF FROM STAY INFORMATION SHEET** on all interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California, addressed as follows:

| | |
|---|---|
| DEBTOR:<br>Albert R. Palma<br>9616 Tunnel St.<br>Newcastle, CA 95658 | ATTORNEY FOR DEBTOR:<br>Mitchell L. Abdallah<br>980 9th St. 16th Fl.<br>Sacramento, CA 95814 |
| CHAPTER 13 TRUSTEE:<br>Jan P. Johnson<br>P.O. Box 1708<br>Sacramento, CA 95812 | U.S. TRUSTEE:<br>**(Served electronically only)** |

///

///

///

///

1 | I certify that I am employed in the office of a member of the Bar at whose direction this service
2 | was given.
3 | I declare under penalty of perjury that the foregoing is true and correct.
4 | Executed on ___2/11/10_____, at Costa Mesa, California.

/s/ Sandra Garcia

10-00474/edmfr.dot/prl

3