Mark T. Domeyer, Esq.
California Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 10-00474

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>ALBERT R. PALMA,<br><br>DEBTOR. | Case No.: 09-48754 B-13<br>Chapter 13<br>DC No. MLA-001<br><br>**Confirmation Hearing –**<br>Date: March 30, 2010<br>Time: 09:32 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>      501 I Street<br>      Sacramento, CA 95814<br>      Courtroom 32, Dept. B, 6th Floor |

**DECLARATION OF JOSE CARRILLO IN SUPPORT OF SECURED CREDITOR THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1'S OBJECTIONS TO PROPOSED CHAPTER 13 PLAN AND CONFIRMATION THEREOF**

I, JOSE CARRILLO, declare and state as follows:

I am an employee of BAC HOME LOANS SERVICING, LP, Servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS 2004 R1, hereinafter "Secured Creditor", and familiar

///

1

FILED
February 26, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002445829

1 with the subject first Trust Deed loan in favor of Secured Creditor herein and the ongoing

2 Bankruptcy litigation herein.

3 In my position, I function as a custodian of records of the servicing agent for the Secured

4 Creditor, and I have custody and control of the books and records maintained by my employer

5 relating to the loan transactions described below. If called upon as a witness, I would

6 competently testify to the facts stated herein.

7 I make this Declaration based upon the information contained in the records and

8 documents which I have personally reviewed and which information I find such records and

9 documents reflect. I state that the records and documents constitute writings taken or made in

10 the regular and ordinary course of business of my employer at or near the time of the act,

11 condition or event to which they relate. I further state from my own knowledge that any such

12 record or documents is prepared in the ordinary course of business by a person employed by my

13 employer who had personal knowledge of the event being recorded and who had a business duty

14 to Secured Creditor to record such event.

15 Title to the subject real property generally described as **9619 Tunnel Street, Newcastle,**

16 **CA 95658** ("Property" herein) was vested in the name of David L. Palma and Debtor, Albert R.

17 Palma (the "Debtor"). The Debtor was the Trustor under a Deed of Trust dated September 8,

18 2000 and recorded October 6, 2000 as Instrument No. 2000-0075008 in the official records of

19 Placer County, California.

20 Debtor is not eligible to have the subject property reorganized through his Plan. The property

21 was sold through a foreclosure sale held on November 30, 2009. Secured Creditor obtained title

22 to the subject real property by way of Trustee's Deed Upon Sale recorded December 4, 2009 as

23 Instrument No. 2009-0103785-00 in the official records of Placer County, California. Attached

24 hereto as **Exhibit "1"** is a copy of the Trustee's Deed Upon Sale.

2

1     Movant caused a Notice to Quit to be served upon the Debtor and all other occupants
2 December 18, 2009. Attached hereto as **Exhibit "2"** is a copy of the Notice to Quit.
3     Movant filed a Complaint for Unlawful Detainer against the Debtor on January 4, 2010
4 as State Court Case No. MCV44050 in the Placer County Superior Court. Attached hereto as
5 **Exhibit "3"** is a copy of the Complaint for Unlawful Detainer.
6     On or about December 31, 2009, Debtor commenced the current Chapter 13 Bankruptcy
7 proceeding in this Court.
8     I declare under penalty of perjury under the laws of the United States and the State of
9 California that the foregoing is true and correct.
10     Executed this 25th day of February, 2010, at Simi Valley, California.

/s/ Jose Carrillo
JOSE CARRILLO

10-00474/edobj.dot/prl

3