**United States Bankruptcy Court**
**Eastern District of California**

IN RE:

Palma, Albert R
_____
Debtor(s)

Case No. **2009-48754**

Chapter **13**

## AMENDED CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE; NOTICE OF MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE; DECLARATION OF DEBTORS**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this __19th__ day of __March__, __2010__.

/s/ Mitchell Abdallah
Mitchell Abdallah 231804
Abdallah Law Group
1006 4th Street, 4th Floor
Sacramento, CA 95814
(916) 446-1974 Fax: (916) 446-3371
mitch@abdallahlaw.net

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

FILED
March 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002512498

Bac Home Loans Servic
450 American St
Simi Valley, CA 93065

Ca Bus Bur (original Creditor:scrip
1711 S Mountain Av
Monrovia, CA 91017

Cal Svc Bur (original Creditor:medi
1602 Grant Av
Novato, CA 94945

California Business Bu (original Cr
4542 Ruffner St Ste 160
San Diego, CA 92111

Cap One
Po Box 85520
Richmond, VA 23285

Cmre Financial Svcs In (original Cr
La Jolla Radiology
3075 E Imperial Hwy Ste
Brea, CA 92821

Lvnv Funding Llc (original Creditor
Po Box 740281
Houston, TX 77274

Medicredit Corporation (original Cr
La Jolla Emergency
1801 California Ave
Corona, CA 92881

Midland Cred (original Creditor:ben
8875 Aero Dr Suite 200
San Diego, CA 92123

Nco Fin/22 (original Creditor:nco/a
B Of A
507 Prudential Rd
Horsham, PA 19044

Professional Collectio (original Cr
Po Box 45274
Los Angeles, CA 90045

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only