```
                                              FILED
                                              April 01, 2010
                                              CLERK, U.S. BANKRUPTCY COURT
                                              EASTERN DISTRICT OF CALIFORNIA
                                              D54
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : Albert R. Palma | Case No : 09-48754 - B - 13J |
| | Date : 3/30/10 |
| | Time : 09:31 |
| Matter : | [28] - Motion/Application for Relief from Stay [MBB-1] Filed by Creditor The Bank of New York Mellon (Fee Paid $150) (jlns) |
| Judge : | Thomas Holman |
| Courtroom Deputy : | Sheryl Arnold |
| Reporter : | Diamond Reporters |
| Department : | B |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are appended to the civil minutes and good cause appearing.

IT IS ORDERED that the motion is granted in part. The automatic stay is modified as against the estate and the debtor pursuant to 11 U.S.C. § 362(d)(1) in order to permit movant to obtain possession of the real property located at 9619 Tunnel Street, Newcastle, CA 95658 (APN 040-186-016) (the "Property") in accordance with applicable non-bankruptcy law. The 10-day period specified in Fed. R. Bankr. P. 4001(a)(3) is not waived. Except as so ordered, the motion is denied.

Dated: April 01, 2010

*/s/ Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge